People ex rel. Boksenbaum v Maginley-Liddie (2025 NY Slip Op 06799)

People ex rel. Boksenbaum v Maginley-Liddie

2025 NY Slip Op 06799

Decided on December 8, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 8, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
ANGELA G. IANNACCI
DEBORAH A. DOWLING
JAMES P. MCCORMACK, JJ.

2025-14374

[*1]The People of the State of New York, ex rel. Anna Boksenbaum, on behalf of Carlos Alameda, petitioner,
v
Lynelle Maginley-Liddie, etc., respondent.

Twyla Carter, Kew Gardens, NY (Anna Boksenbaum pro se of counsel), for petitioner.
Melinda Katz, District Attorney, Kew Gardens, NY (Philip Amur, Johnnette Traill, Nancy Fitzpatrick Talcott, and Julien Gutierrez of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Carlos Alameda upon his own recognizance or, in the alternative, to set reasonable bail upon Queens County Indictment No. 73362/2025.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Queens County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see CPL 510.20; People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DILLON, J.P., IANNACCI, DOWLING and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court